983 A.2d 598

IN THE MATTER OF KENNETH S. MEYERS,
AN ATTORNEY AT LAW.

December 11, 2009.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 09–161, concluding that **KENNETH S. MEYERS** of **WARREN,** who was admitted to the bar of this State in 1972, should be censured for violating *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to communicate with client), and good cause appearing;

It is ORDERED that **KENNETH S. MEYERS** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.